JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CEMENT MASONS SOUTHERN CALIFORNIA HEALTH AND WELFARE FUND, THE BOARD OF TRUSTEES OF THE CEMENT MASONS SOUTHERN CALIFORNIA PENSION TRUST, THE BOARD OF TRUSTEES OF THE ELEVEN COUNTIES CEMENT MASONS VACATION SAVINGS PLAN, THE BOARD OF TRUSTEES OF THE CEMENT MASONS JOINT APPRENTICESHIP TRUST, AND THE BOARD OF TRUSTEES OF THE CEMENT MASONS SOUTHERN CALIFORNIA INDIVIDUAL RETIREMENT ACCOUNT/ DEFINED CONTRIBUTION TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>AJ & J CONSTRUCTION, INC., a California corporation<br><br>Defendant. | Case No. CV12-06907 RGK (PLAx)<br><br>[~~PROPOSED~~] ORDER ON JOINT STIPULATION FOR DISMISSAL<br><br>Judge: R. Gary Klausner<br><br>Complaint Filed: August 10, 2012<br>Trial Date:     None |

**IT IS ORDERED** that the above-captioned matter in its entirety is

//

//

//

EED/cl/0301.27(G).wpd

[Proposed] Order on Joint Stipulation for Dismissal                    No. CV12-06907 RGK (PLAx)

1  DISMISSED with prejudice pursuant to the Joint Stipulation for Dismissal entered
2  into by the parties and filed with the Court on January 4, 2013.
3
4  DATED: January 8, 2013                    _____
                                             HONORABLE R. GARY KLAUSNER
5                                            UNITED STATES DISTRICT JUDGE